NO. 07-08-0212-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 11, 2009

_____

MARCO AVILA D/B/A AVILA CONSTRUCTION
AND MANAGEMENT, APPELLANT

v.

DAVID RODRIGUEZ AND TERESA RODRIGUEZ, APPELLEES

_____

FROM THE 181ST DISTRICT COURT OF RANDALL COUNTY;

NO. 59,059-B; HON. JOHN B. BOARD, PRESIDING

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant, Marco Avila, filed his notice of appeal on May 15, 2008, appealing a judgment signed on April 16, 2008. The clerk's record in this matter was filed on June 18, 2008, and the reporter's record was filed on September 19, 2008. Therefore, Avila's brief was due on October 20. After this court notified Avila, by letter on October 21, that his brief was overdue, Avila filed his first motion for an extension on November 7 which was

granted. This court extended the time to file his brief and gave Avila until November 19 to submit his brief. On November 19, Avila filed a second motion for extension to file his brief. In response, this court granted Avila's motion until December 24; however, the court also notified Avila that the court does not grant requests for subsequent extensions absent good cause. On December 30, Avila filed a third motion for extension of time to file his brief. This court denied Avila's third motion for extension and notified Avila that his brief was due on or before January 16, 2009. Further, this court notified Avila that failure to comply with the extended deadline to file his brief may result in dismissal of the appeal. See TEX. R. APP. P. 38.8(a)(1), 42.3(b) and (c). No other correspondence has been received from Avila.

Not having received Avila's appellate brief in a timely manner, we dismiss Avila's appeal. TEX. R. APP. P. 42.3.

Mackey K. Hancock<br>
Justice